MAGISTRATE JUDGE'S MINUTES
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. Magistrate Judge: Angela M. Martinez**     **Date:** May 6, 2024 | |
| **USA v. Erik Alberto Beal** | **Case Number: CR-24-02352-001-TUC-SHR (JR)** |

**Assistant U.S. Attorney:  Serra Marie Tsethlikai**
**Attorney for Defendant:   Stephanie Bond**, CJA
**Interpreter:** N/A
**Defendant:** ☒ **Present** ☒ **Custody**

**INITIAL APPEARANCE**
☒ Complaint Filed                                              **Date of Arrest:  May 4, 2024**
☒ Financial Affidavit taken. CJA attorney Stephanie Bond appointed for defendant.
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing
   pursuant to 18§3142(e) & (f) is     ☒     Granted
☒ Defendant shall be temporarily detained in the custody of the United States Marshal. Detention
   Hearing continued to 5/9/2024 at 10:30 AM before Magistrate Judge Aguilera.

In the presence of government and defense counsel, the Court orally advises the government of their
Brady obligation. Written order to follow. **Government moves to unseal case. SO ORDERED.**

**ARRAIGNMENT HEARING** ☒ Held   Plea of NOT guilty entered to all pending counts.

☒ Defendant provided with copy of Indictment.  ☒     Reading waived.

**TRIAL:** June 18, 2024 **at 9:30 a.m. before the Honorable Scott H. Rash**

**PLEA DEADLINE:** May 31, 2024 **by 3:00 p.m. before the paired Magistrate Judge**

**MOTION HEARING DATE:** All pretrial motions shall be filed sufficiently in advance of trial to
avoid any delays in the trial pursuant to LRCrim 47.1.  It is the responsibility of counsel to contact
the referred Magistrate Judge to schedule a hearing on any motions requiring oral argument.  Any
motion or stipulation to continue the scheduled trial date and change of plea hearing deadline shall be
filed with the Clerk of the Court no later than 5:00 p.m. on the Monday following the plea deadline.

**Recorded By** Courtsmart                                    **IA/ARR  11 min**
**Deputy Clerk** Susana Barraza                              **Start:  3:09 PM**
                                                             **Stop:  6:09 PM**